UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities,<br><br>Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Extend Discovery Deadlines and Scheduling Order (ECF No. 15). In his Motion, Plaintiff seeks approximately 120 additional days to conduct discovery. *Id*. at 1. The extension is prompted by unforeseen health issues as well as family commitments that have understandably taken Plaintiff's Counsel away from the office. Defendants respond to the Motion asking the Court to limit the extension request to 60 days because a longer period will prevent discovery from moving forward. ECF No. 19 at 2. Defendants also appear to ask the Court for assistance with obtaining certain information from Plaintiff. After considering the information presented, the Court finds Plaintiff's request reasonable.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery Deadlines and Scheduling Order (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that the discovery deadline is extended to **June 7, 2022**; the deadline to file dispositive motions is extended to **July 7, 2022**; and the deadline for filing the joint pretrial order is extend to **August 8, 2022**; provided, however, that if one or more dispositive motions are pending on that date, the deadline for filing the joint pretrial order is extended until 60 days after the Court issues its decision regarding such motion(s).

      IT IS FURTHER ORDERED that, if the parties have not already done so, they must meet and confer regarding the discovery issues raised by Defendants in their Response to Plaintiff's Motion within ten (10) days of the date of this Order.

      DATED this 8th day of February, 2022.

                                       ELAYNA J. YOUCHAH  
                                       UNITED STATES MAGISTRATE JUDGE