**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-703-1063

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH, | Case No.: 2:21-cv-01505-APG-EJY |
| Plaintiff, | |
| vs. | **JOINT STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION SESSION** |
| CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X, | **[First Request]** |
| Defendants. | |

Plaintiff Donavan McIntosh ("Plaintiff") and Defendants City of North Las Vegas, Pamela Ojeda, Clinton Ryan and Alejandro Rodriquez ("Defendants") ("Parties"), by and through their respective undersigned counsel, submit the following Joint Stipulated Request and [Proposed] Order to Continue the April 26, 2022 Early Neutral Evaluation Session ("ENE") [ECF No. 14] request as follows:

On August 13, 2021, the Court scheduled the ENE for October 13, 2021 and further set the deadline to submit Confidential ENE Statements for October 6, 2021. [ECF No. 7]. On October 13, 2021, the Court conferred with both parties and the matter did not get resolved.

The Court continued the ENE to April 26, 2022 at 10:00 a.m. and set a deadline of April 19, 2022 for supplemental confidential statements.

/ / /

On January 17, 2022, Plaintiff filed a Motion to Extend Discovery Deadlines requesting to extend the discovery cutoff for a period of 120 days because Plaintiff was having surgery and counsel had conflicts requiring additional time to complete discovery. On February 8, 2022, the Court granted Plaintiff's Motion moving the discovery cutoff date to June 7, 2022. Plaintiff's deposition is currently scheduled for April 21, 2022 and the Parties anticipate scheduling the remaining depositions for the months of April and May.

Therefore, the Parties respectfully request the ENE Session be continued for a period of not less than thirty (30) days such that the Parties can complete substantive discovery prior to re-engaging in settlement discussions.

The Parties and their client representatives are available on June 6, 8, 13, 14 and 16, 2022.

The Parties hereby request that the Court continue the April 26, 2022 ENE to one of the proposed dates contained herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1    This Joint Request and Proposed Order is sought in good faith and not for the purposes of

2  delay.

3    This is the first request to continue the ENE.

4    IT IS SO STIPULATED.

5  Dated this 6th day of April 2022.                    Dated this 6th day of April 2022.

6  HONE LAW                                             KEMP & KEMP, ATTORNEYS AT LAW

7

8   */s/ Jill Garcia*                                    */s/ James P. Kemp*
   Jill Garcia, NV Bar No. 7805                         James P. Kemp, NV Bar No. 6375
9  jgarcia@hone.law                                     jp@kemp-attorneys.com
   Eric D. Hone, NV Bar No. 8499                        7435 W. Azure Drive, Suite 110
   ehone@hone.law                                       Las Vegas, NV 89130
10 701 N. Green Valley Parkway, Suite 200
   Henderson, NV 89074                                  *Attorneys for Plaintiff*
11
   *Attorneys for Defendants*
12

13

14                                    **ORDER**

15    IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will be

16  rescheduled to____June 8_____, 2022 at __10:00__a.m./~p.m.~ The supplemental confidential

17  statements will be due to chambers one week prior, on ____June 1_____, 2022 at __4:00 PM__

18  _____ ~a.m./p.m.~

19

20                                    _____

21                                    UNITED STATES MAGISTRATE JUDGE
                                      4-6-2022
22                                    DATED:_____

23

24

25

26

27                                                      

28

3