**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X,<br><br>Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>[PROPOSED] **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE AND BRIEFING SCHEDULE**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR 7-2(b), LR 26-3, and FRCP 56(b), Defendants City of North Las Vegas, Pamela Ojeda, Clinton Ryan, and Alejandro Rodriguez ("Defendants") and Plaintiff Donavan McIntosh ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to amend the operative Discovery Plan and Scheduling Order (ECF No. 27) to extend the dispositive motion deadline by one week from October 7, 2022, to October 14, 2022.

This is the parties' first requested extension to the dispositive motion deadline. The requested extension is sought in good faith and not for purposes of undue delay. Good cause exists to extend the dispositive motion deadline. The reason for the requested extension is that Defendants prepared and intended to file a motion for summary judgment on October 7, 2022, and just learned that a declarant is unexpectedly unavailable to execute a declaration to be submitted in support of said motion. The parties stipulate to a brief one-week extension to the

dispositive motion deadline to enable the said declarant sufficient time to execute the intended declaration in support of the motion.

### ~~PROPOSED~~ REVISED DISCOVERY PLAN AND SCHEDULING ORDER

1. Dispositive Motions Deadline

The parties shall file any dispositive motions by no later than October 14, 2022. Oppositions to any dispositive motions shall be filed by no later than November 30, 2022.[1] Replies in support of any dispositive motions shall be filed by no later than December 14, 2022.

2. Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore, not later than November 14, 2022. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 60 days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

### STIPULATION

Accordingly, the parties stipulate, subject to approval of this Court, to the following new proposed deadlines:

| Deadline | Current Deadline | Revised Deadline |
| --- | --- | --- |
| Dispositive Motions | October 7, 2022 | October 14, 2022 |
| Opposition to Dispositive Motions | October 28, 2022 | November 30, 2022 |
| Replies to Dispositive Motions | November 11, 2022 | December 14, 2022 |
| Joint Pretrial Order | November 7, 2022 | November 14, 2022 |

/ / /

/ / /

/ / /

/ / /

---

[1] The parties request an extension as to this deadline due to Plaintiff's counsel's trial and hearing schedule, as well as in consideration of the Thanksgiving holiday.



IT IS SO STIPULATED.

Dated this 7th day of October 2022.

HONE LAW

 /s/ Jill Garcia
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*

Dated this 7th day of October 2022.

KEMP & KEMP, ATTORNEYS AT LAW

 /s/ James P. Kemp
James P. Kemp, NV Bar No. 6375
jp@kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
Dated: October 11, 2022

