**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax     702-608-7814

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X,<br><br>Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>**[PROPOSED]** **STIPULATION AND ORDER TO CONTINUE THE EMERGENCY MOTION TO QUASH HEARING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR 7-2(b), LR 26-3, and FRCP 56(b), Defendants City of North Las Vegas, Pamela Ojeda, Clinton Ryan, and Alejandro Rodriguez ("Defendants") and Plaintiff Donavan McIntosh ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to continue the Emergency Motion to Quash hearing currently scheduled for Friday, October 21, 2022 at 11:00 a.m., for a period of at least two weeks to November 2, 2022 at 3:00 p.m. or to the Court's next available date.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The purpose of this request is due to a conflict in the defense counsels schedule, which makes them unavailable to attend the October 21, 2022 hearing date. This is the parties' first requested continuance of the Emergency Motion to Quash Hearing.

**IT IS SO STIPULATED.**

Dated this 19th day of October 2022.                    Dated this 19th day of October 2022.

HONE LAW                                                KEMP & KEMP, ATTORNEYS AT LAW

/s/Jill Garcia                                          /s/James P. Kemp
Jill Garcia, NV Bar No. 7805                            James P. Kemp, NV Bar No. 6375
jgarcia@hone.law                                        jp@kemp-attorneys.com
Eric D. Hone, NV Bar No. 8499                           7435 W. Azure Drive, Suite 110
ehone@hone.law                                          Las Vegas, NV 89130
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074                                     *Attorneys for Plaintiff*

*Attorneys for Defendants*

### [DRAFT] ORDER

IT IS SO ORDERED, The hearing on Plaintiff's Emergency Motion to Quash, currently set for Friday, October 21, 2022 at 11:00 a.m., is vacated and continued to November 2, 2022, at 10:00 a.m. in Courtroom 4B.

Dated: October 20th, 2022.

_____
UNITED STATES MAGISTRATE JUDGE