**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X,<br><br>Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT**<br><br>**[FIRST REQUEST]** |

Defendants City of North Las Vegas, Pamela Ojeda, Clinton Ryan, and Alejandro Rodriguez ("Defendants") and Plaintiff Donavan McIntosh ("Plaintiff"), by and through their undersigned counsel, hereby file this Stipulation and Order to Extend Deadline for Defendants to Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (First Request).

IT IS HEREBY STIPULATED AND AGREED that Defendants shall have an extension of thirty (30) days, up to and including March 13, 2023, to file their reply ('Reply") to Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Motion") filed on January 30, 2023 [ECF No. 49] ("Opposition"). The requested extension is sought in good faith and not for purposes of undue delay. This Stipulation is submitted and based upon the following:



1

Plaintiff's Opposition to Defendants' Motion was originally due on November 30, 2023. An Order granting the stipulation and order (first request) filed on November 30, 2022 [ECF No. 46] extending Plaintiff's deadline to file his Opposition to the Motion from November 30, 2022 to January 9, 2023.

On January 9, 2023, an Order granting the stipulation and order (second request) [ECF. No. 48] extending Plaintiff's deadline to file his Opposition to the Motion from January 9, 2023 to January 23, 2023.

Plaintiff's opposition was filed on January 30th, 2023 [ECF No. 49]. The Court has granted a retroactive extension. [ECF No. 50].

To allow Defendants time to draft a comprehensive reply, in light of workload issues in other litigation matters, Defendants request the additional thirty (30) days to properly reply to Plaintiff's Opposition.

This is the first request for an extension of time for Defendants to file a reply to Plaintiff's Opposition to Defendants Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated this 7th day of February 2023.

HONE LAW

/s/Jill Garcia
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*

Dated this 7th day of February 2023.

KEMP & KEMP, ATTORNEYS AT LAW

/s/James P. Kemp
James P. Kemp, NV Bar No. 6375
jp@kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: February 8, 2023

_____
UNITED STATES DISTRICT JUDGE