**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH, | Case No. 2:21-cv-01505-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT** |
| CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X, | **[SECOND REQUEST]** |
| Defendants. | |

Defendants City of North Las Vegas, Pamela Ojeda, Clinton Ryan, and Alejandro Rodriguez ("Defendants") and Plaintiff Donavan McIntosh ("Plaintiff"), by and through their undersigned counsel, hereby file this Stipulation and Order to Extend Deadline for Defendants to Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Second Request).

IT IS HEREBY STIPULATED AND AGREED that Defendants shall have a two week extension, up to and including March 27, 2023, to file their reply ('Reply") to Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Motion") filed on January 30, 2023 [ECF No. 49] ("Opposition"). The requested extension is sought in good faith and not for purposes of undue delay. This Stipulation is submitted and based upon the following:

1    Plaintiff's Opposition to Defendants' Motion was originally due on November 30, 2023.

2    An Order granting the stipulation and order (first request) filed on November 30, 2022

3    [ECF No.46] extending Plaintiff's deadline to file his Opposition to the Motion from November

4    30, 2022, to January 9, 2023.

5    On January 9, 2023, an Order granting the stipulation and order (second request) [ECF.

6    No. 48] extending Plaintiff's deadline to file his Opposition to the Motion from January

7    9, 2023, to January 23, 2023.

8    Plaintiff's opposition was filed on January 30th, 2023 [ECF No. 49]. The Court has

9    granted a retroactive extension. [ECF No. 50].

10    On February 8th, an Order granting the stipulation and order (first request) [ECF. No. 53]

11    extending Defendants deadline to file their Reply to Plaintiff's Opposition to Defendants Motion

12    for Summary Judgement to March 13, 2023.

13    Defendants counsel has pre-planned time off during the week of March 13, and, in light

14    of workload issues in other litigation matters, Defendants request the additional two weeks to

15    properly finalize their Reply to Plaintiff's Opposition to Defendants Motion for Summary

16    Judgement.

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /



1       This is the second request for an extension of time for Defendants to file a reply to

2 Plaintiff's Opposition to Defendants Motion for Summary Judgment.

3      **IT IS SO STIPULATED.**

4 Dated this 9th day of March 2023.          Dated this 9th day of March 2023.

5 HONE LAW               KEMP & KEMP, ATTORNEYS AT LAW

6 */s/ Jill Garcia*               */s/ James P. Kemp*
   Jill Garcia, NV Bar No. 7805          James P. Kemp, NV Bar No. 6375

7 jgarcia@hone.law               jp@kemp-attorneys.com
   Eric D. Hone, NV Bar No. 8499         7435 W. Azure Drive, Suite 110

8 ehone@hone.law                 Las Vegas, NV 89130
   701 N. Green Valley Parkway, Suite 200

9 Henderson, NV 89074             *Attorneys for Plaintiff*

10 *Attorneys for Defendants*

11

12                     **IT IS SO ORDERED.**

13                     Dated: March 10, 2023

14

15                     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26 

27

28