**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Amy L. Howard, NV Bar No. 13946
ahoward@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X,<br><br>Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT PRE-TRIAL ORDER**<br><br>**[FIRST REQUEST]** |

Defendants City of North Las Vegas ("CNLV"), Pamela Ojeda ("Chief Ojeda"), Clinton Ryan ("Asst. Chief Ryan"), and Alejandro Rodriguez ("Lt. Rodriguez," and collectively, "Defendants") and Plaintiff Donavan McIntosh ("Plaintiff"), by and through their undersigned counsel, hereby file this Stipulation and Order to Extend Deadline for Joint Pre-Trial Order (First Request).

1. The current scheduling order granted on July 20, 2023, provides that the Joint Pretrial Order is due 60 days after the Court's ruling on any dispositive motions. [ECF No. 27.]

2. On July 28, 2023, The Court issued an order on the Motion for Summary Judgment [ECF No. 40] which ordered that Plaintiff has until August 25, 2023, to file his

1

Second Amended Complaint. [ECF No. 59] Plaintiff filed his Second Amended Complaint. [ECF No. 60]. The parties met and conferred on the inclusion of claims and allegations in the Second Amended Complaint but did not reach an agreement.

3. Under FRCP 15(a)(3), CNLV had 14 days to respond to the Amended Complaint. CNLV filed a Motion to Strike on September 8, 2023. [ECF No. 61].

4. The parties have met and conferred related to the Joint Pretrial Order but need additional time to finalize the Joint Pretrial Order, in light of the Summary Judgment Order. The parties stipulate and agree to a 45-day extension of the current Joint Pretrial Order deadline. The Joint Pretrial order will be due November 10, 2023.

5. Plaintiff's counsel has been on a long-planned and pre-paid transatlantic cruise vacation from September 12-September 28, 2023, and has, thus, been unable to work on the Joint Pretrial Order during this time frame.

6. The requested extension is sought in good faith and not for purposes of undue delay.

IT IS STIPULATED AND AGREED that the parties shall file the Joint Pre-Trial Order no later than November 10, 2023.

Dated this 25th day of September 2023.

HONE LAW

/s/ Amy Howard
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Amy L. Howard, NV Bar No. 13946
ahoward@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*

Dated this 25th day of September 2023.

KEMP & KEMP, ATTORNEYS AT LAW

/s/James Kemp
James P. Kemp, NV Bar No. 6375
jp@kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  September 25, 2023

2