JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Donavan McIntosh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X,<br><br>Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT PRE-TRIAL ORDER**<br><br>**[THIRD REQUEST]** |

Plaintiff Donavan McIntosh ("Plaintiff") and Defendants City of North Las Vegas ("CNLV"), Pamela Ojeda ("Chief Ojeda"), Clinton Ryan ("Asst. Chief Ryan"), and Alejandro Rodriguez ("Lt. Rodriguez," and collectively, "Defendants"), by and through their undersigned counsel, hereby file this Stipulation and Order to Extend Deadline for Joint Pre-Trial Order (Third Request). This is the third request to extend this deadline. The parties stipulate that the current deadline of December 1, 2023 should be extended to Friday, December 15, 2023 and informs the court as follows:

1. The current deadline was established by the second request of the parties approved by the court on November 13, 2023.

1

2. The parties have been working on the Joint Pre-Trial Order. It is presently with Defendants' counsel who will be returning it with her edits to Plaintiff's counsel for his further edits, objections, and revisions. The process was slowed down by the Thanksgiving holiday period.

3. The parties need two more weeks to complete it because Plaintiff's counsel is extraordinarily busy the week of December 4, 2023 with an all day mediation, eight depositions, two administrative workers' compensation hearings, and oral argument at the Ninth Circuit Court of Appeals in San Francisco on December 8.

4. The requested extension is sought in good faith and not for purposes of undue delay.

IT IS STIPULATED AND AGREED that the parties shall file the Joint Pre-Trial Order no later than December 15, 2023.

IT IS SO STIPULATED.

Dated this 30th day of November 2023

| KEMP & KEMP | HONE LAW |
|---|---|
| /s/ James P. Kemp | /s/ Jill Garcia |
| James P. Kemp, NV Bar No. 6375 | Jill Garcia, NV Bar No. 7805 |
| jp@kemp-attorneys.com | jgarcia@hone.law |
| 7435 W. Azure Drive, Suite 110 | 701 N. Green Valley Parkway, Suite 200 |
| Las Vegas, NV 89130 | Henderson, NV 89074 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2023