JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Donavan McIntosh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X,<br><br>Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT PRE-TRIAL ORDER**<br><br>**[FOURTH REQUEST]** |

Plaintiff Donavan McIntosh ("Plaintiff") and Defendants City of North Las Vegas ("CNLV"), Pamela Ojeda ("Chief Ojeda"), Clinton Ryan ("Asst. Chief Ryan"), and Alejandro Rodriguez ("Lt. Rodriguez," and collectively, "Defendants"), by and through their undersigned counsel, hereby file this Stipulation and Order to Extend Deadline for Joint Pre-Trial Order (Third Request). This is the third request to extend this deadline. The parties stipulate that the current deadline of December 15, 2023 should be extended to Friday, December 22, 2023 and informs the court as follows:

1. The current deadline was established by the third request of the parties approved by the court on December 1, 2023.

1

2. The parties have been working on the Joint Pre-Trial Order. Defendants' counsel who returned the draft with their edits to Plaintiff's counsel for his further edits, objections, and revisions on December 12, 2023.

3. Plaintiff's counsel has been ill for two days and has not been able to work on the Joint Pre-Trial Order

4. The parties need one more week to complete it as a result of Plaintiff's counsel's illness.

5. The requested extension is sought in good faith and not for purposes of undue delay.

IT IS STIPULATED AND AGREED that the parties shall file the Joint Pre-Trial Order no later than December 22, 2023.

IT IS SO STIPULATED.

Dated this 15th day of December 2023

KEMP & KEMP

/s/ James P. Kemp
James P. Kemp, NV Bar No. 6375
jp@kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

HONE LAW

/s/ Jill Garcia
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2023.