# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN MCINTOSH, | Case No.: 2:21-cv-01505-APG-EJY |
| Plaintiff | **Notice Regarding Trial Setting** |
| v. | |
| CITY OF NORTH LAS VEGAS, et al., | |
| Defendants | |

In response to the parties' joint status report (ECF No. 78), I notify the parties that, due to their and my scheduling conflicts, this trial cannot commence on the June 3, 2024 two-week stack. I currently have availability on the trial stacks starting June 17 and July 15, 2024. The parties should confer with their clients and witnesses and contact my courtroom administrator, Melissa Johansen (Melissa_Johansen@nvd.uscourts.gov), to select a new trial setting as soon as possible.

DATED this 11th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE