JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Donavan McIntosh*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| DONAVAN McINTOSH, | Case No.: 2:21-cv-01505-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO WITHDRAW MOTION AND TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTIONS IN LIMINE** |
| CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X, Defendants. | **[FIRST REQUEST]** |

Pursuant to LR IA 6-2 and LR 7-1, Defendants City of North Las Vegas, Pamela Ojeda, Clinton Ryan, and Alejandro Rodriguez ("Defendants") and Plaintiff Donavan McIntosh ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend Plaintiff's time to respond to Defendants' motions in limine (ECF Nos. 83-88) to and including **May 30, 2025** and withdraw Plaintiff's Motion to Extend Time for Plaintiff to Respond to Defendants' Motions in Limine ("Motion to Extend") (ECF No. 91). With the Motion to Extend withdrawn before being granted, this becomes the first request to extend this deadline.

The Parties hereby stipulate and agree as follows:

///

1. Defendants' motions in limine were filed on April 18, 2025. (ECF Nos. 83-88.)

2. On May 2, 2025, Plaintiff filed his Motion to Extend, which stated: "Since the Motions were filed, Plaintiff's counsel has had a very busy schedule with multiple administrative unemployment hearings, multiple administrative workers' compensation hearings, multiple consultations with potential clients (some of whom have 90 day right to sue notices from NERC/EEOC issued and pending), preparing for and attending/arguing a summary judgment motion in state court, responding to multiple motions in limine in Nevada State Court for a trial that is now scheduled to proceed the week of May 19, 2025, and most importantly preparing for and traveling to Elko, Nevada for an evidentiary hearing on a preliminary injunction in an employment restrictive covenant case which consumed three full business days (April 28, 29, and 30) to travel to Elko and back and conduct the hearing." (ECF No. 91 at 1:24-2:9.)

3. Additionally, Plaintiff's counsel has informed Defendants' counsel that he is engrossed in trial preparation for the aforementioned May 19 trial in state court as well as a May 16, 2025 deadline to file an extensive closing argument brief in an arbitration matter that has consumed in excess of 30 hours so far.

///

///

///

4. Additionally, the trial of the instant matter has been continued to December 1, 2025 (ECF No. 92) making the briefing of the motions in limine not as time sensitive as when the matter was scheduled for trial on March 19, 2025. There are no pressing hearings scheduled in this case, such that an extension to May 30, 2025 would pose any undue delay in the briefing process of the motions in limine. The extension will pose no hardship or prejudice on any party.

5. Plaintiff's counsel will fully cooperate with granting Defendants any extensions they may need for their reply briefing.

6. Based on the representations set forth above, Defendants do not object to extending Plaintiff's time to respond to the motions in limine by four weeks.

7. Plaintiff shall have up to and including May 30, 2025 to file his responses to Defendants' motions in limine (ECF Nos. 83-88).

///

///

///

///

///

///

///

///

///

8. This request for an extension of time for Plaintiff to file his Opposition responses to Defendants' Motions in Limine is made in good faith and not for purpose of delay.

IT IS SO STIPULATED.

Dated this 15th day of May 2025.

KEMP & KEMP

/s/ James P. Kemp
James P. Kemp, NV Bar No. 6375
jp@kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

Dated this 15th day of May 2025.

HONE LAW

/s/ Kelly Stout
Kelly Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 19, 2025.