**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONAVAN MCINTOSH, | Case No.: 2:21-cv-01505-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| CITY OF NORTH LAS VEGAS, et al., | |
| Defendants | |

It appears from the parties' submissions that they did not have a meaningful meet and confer on the pending motions in limine.

I THEREFORE ORDER that by October 29, 2025, the parties must confer in person, by video, or by phone (and not simply an exchange of emails) regarding each of the pending motions in limine and each subpart of each motion, including discussion of specific evidence at issue in each motion.

I FURTHER ORDER that by October 31, 2025, the parties must file a joint status report regarding their meet and confer, including whether any issues in the pending motions in limine were resolved or narrowed.

DATED this 16th day of October, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE