**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONAVAN MCINTOSH,<br><br>　　Plaintiff<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, et al.,<br><br>　　Defendants | Case No.: 2:21-cv-01505-APG-EJY<br><br>**Order for Briefing Schedule on Pending Motions in Limine** |

　　At the November 12, 2025 scheduling conference, I ordered the parties to confer and propose a deadline for filing responses to the pending motions in limine.  The parties have not filed any proposed schedule.

　　I THERFOR ORDER that all responses to pending motions in limine are due December 23, 2025.

　　DATED this 4th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE