JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Donavan McIntosh*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| DONAVAN McINTOSH, | Case No.: 2:21-cv-01505-APG-EJY |
| Plaintiff, | |
| vs. | |
| CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X, Defendants. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTIONS IN LIMINE**  [FIRST REQUEST] |

Pursuant to LR IA 6-2 and LR 7-1, Defendants City of North Las Vegas, Pamela Ojeda, Clinton Ryan, and Alejandro Rodriguez ("Defendants") and Plaintiff Donavan McIntosh ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend Plaintiff's time to respond to Defendants' motions in limine (ECF Nos. 103-107) From December 23, 2025 to and including **January 9, 2026**.

The Parties hereby stipulate and agree as follows:

1. Defendants' motions in limine were filed on October 25, 2025. (ECF Nos. 103-107)

2. The court ordered responses due on December 23, 2025. (ECF No. 112)

1

3. Since that time the trial was continued from January 26, 2026 to a date to be determined; the parties are conferring and are scheduled to inform the court of their available dates by December 30, 2025.

4. Plaintiff's counsel is short staffed during the holiday season due to staff vacations and his own family holiday events such that completing the briefing on the motions in limine has been rendered more difficult.

5. As the trial of the instant matter has been continued, the briefing of the motions in limine is not as time sensitive as previously when the trial was set for the last week of January 2026. There are no pressing hearings scheduled in this case, such that an extension to January 9, 2026 would pose any undue delay in the briefing process of the motions in limine. The extension will pose no hardship or prejudice on any party.

6. Based on the representations set forth above, Defendants do not object to extending Plaintiff's time to respond to the motions in limine to January 9, 2026.

7. Plaintiff shall have up to and including January 9, 2026 to file his responses to Defendants' motions in limine (ECF Nos. 103-107).

///

///

///

///

///

8. This request for an extension of time for Plaintiff to file his Opposition responses to Defendants' Motions in Limine is made in good faith and not for purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 22nd day of December 2025. | Dated this 22nd day of December 2025. |
| KEMP & KEMP | HONE LAW |
| /s/ James P. Kemp<br>James P. Kemp, NV Bar No. 6375<br>jp@kemp-attorneys.com<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130 | /s/ Kelly Stout<br>Kelly Stout, NV Bar No. 12105<br>kstout@hone.law<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  December 28, 2025  .