**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax     702-608-7814

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONAVAN McINTOSH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; PAMELA OJEDA in her official and/or individual capacities; CLINTON RYAN in his official and/or individual capacities; ALEJANDRO RODRIGUEZ in his official and/or individual capacities; DOES I-X,<br><br>    Defendants. | Case No. 2:21-cv-01505-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE REGARDING TRIAL AVAILABILITY**<br><br>**(FIRST REQUEST)** |

Defendants City of North Las Vegas ("City"), Pamela Ojeda ("Chief Ojeda"), Clinton Ryan ("Asst. Chief Ryan"), and Alejandro Rodriguez ("Lt. Rodriguez," and collectively, "Defendants") and Plaintiff Donavan McIntosh ("Plaintiff," together with Defendants, "Parties"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for the Parties to provide the Court with their availability for trial in this matter.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On December 17, 2025, the Court vacated the previously scheduled trial and ordered the Parties to agree on a new trial date and notify the Court of their availability by December 30, 2025. (ECF No. 115.)

2. Although counsel for the Parties have discussed the matter by email and telephonically, the intervening holidays have made it challenging to secure the information

1

1  needed from all Parties and witnesses, and the Parties require additional time to finalize an
2  agreement.
3      3.   The Parties hereby request an additional two weeks (until January 13, 2026) to
4  submit their availability to the Court.
5      4.   This is the first request for an extension of time, and the extension is sought in
6  good faith and not for the purpose of undue delay.
7  Dated this 30th day of December 2025.        Dated this 30th day of December 2025.

HONE LAW                                         KEMP & KEMP

*/s/ Kelly B Stout*                              */s/ James P. Kemp*
Eric D. Hone, NV Bar No. 8499                    James P. Kemp, NV Bar No. 6375
ehone@hone.law                                   jp@kemp-attorneys.com
Kelly B. Stout, NV Bar No. 12105                 7435 W. Azure Drive, Suite 110
kstout@hone.law                                  Las Vegas, NV 89130
Jamie L. Zimmerman, NV Bar No.
11749 jzimmerman@hone.law                        LEON GREENBERG PROFESSIONAL CORPORATION
701 N. Green Valley Parkway, Suite 200           Ruthann Devereaux-Gonzalez, NV Bar No. 15904
Henderson, NV 89074                              ranni@overtimelaw.com
                                                 1811 South Rainbow Blvd - Suite 210
*Attorneys for Defendants*                       Las Vegas, Nevada 89146

                                                 *Attorneys for Plaintiff*


IT IS SO ORDERED:

Dated: January 1, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE



2