# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONAVAN MCINTOSH,

    Plaintiff

v.

CITY OF NORTH LAS VEGAS, et al.,

    Defendants

Case No.: 2:21-cv-01505-APG-EJY

**Order for Expedited Briefing**

I ORDER the parties to file objections, if they have any, to Sen. Dina Neal's motion to quash (ECF No. 133) by **1:30 p.m. on Monday April 27, 2026**.  I will entertain argument on the motion during the calendar call on April 28, 2026.

DATED this 24th day of April, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE